

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2019

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967); however, the brief is not accompanied by: (1) a separate motion to withdraw; and (2) an exhibit showing that counsel has notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court within ten days and has provided appellant with a form motion for this purpose containing the mailing address for this court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet).

It is therefore ORDERED that appellant's attorney file the requisite motion to withdraw and *Kelly* exhibit containing a form motion for *pro se* access to the record in this court **no later than 10 days from the date of this order**. Counsel shall also provide proof that a copy of the motion to withdraw and *Kelly* exhibit containing a form motion for *pro se* access to the record have been provided to appellant.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court